# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:25CR00098JAR |
| CORIE M. BOYER, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Continue the Trial. (Doc. No. 32.) For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Trial [Doc. No. 32] is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, November 3, 2025 at 9:00 a.m.** in **Courtroom 3 North**.

Dated this 18th day of August, 2025.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**